1   DURIE TANGRI LLP
    BENJAMIN B. AU (SBN 237854)
2   bau@durietangri.com
    953 East 3rd Street
3   Los Angeles, CA 90013
    Telephone:   213-992-4499
4   Facsimile:    415-236-6300

5   GALIA Z. AMRAM (SBN 250551)
    gamram@durietangri.com
6   RAGHAV R. KRISHNAPRIYAN (SBN 273411)
    rkrishnapriyan@durietangri.com
7   217 Leidesdorff Street
    San Francisco, CA  94111
8   Telephone:    415-362-6666
    Facsimile:     415-236-6300

9
    Attorneys for Defendant SUBHASH JAY
10

11                    IN THE UNITED STATES DISTRICT COURT

12               FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                          SAN FRANCISCO DIVISION

14   UNITED STATES OF AMERICA                Case No. 3:17-CR-00176-CRB-1

15                          Plaintiff,       **DECLARATION OF BENJAMIN B. AU IN
                                             SUPPORT OF DEFENDANT SUBHASH
16        v.                                 JAY'S MOTION FOR A REDUCTION IN
                                             SENTENCE PURSUANT TO 18 U.S.C. §
17   SUBHASH JAY                             3582(C)(1)(A)(I) (COMPASSIONATE
                                             RELEASE)**
18                          Defendant.
                                             Date:    July 15, 2020
19                                           Time:    1:30 p.m.
                                             Ctrm:    6–17th Floor
20                                           Judge:   Honorable Charles R. Breyer

21

22

23

24

25

26

27

28

1      I, Benjamin B. Au, hereby state and declare as follows:

2      1.      I am an attorney at law licensed to practice in the state of California.  I am an attorney at

3   Durie Tangri LLP.  My colleague Galia Amram has been appointed as Criminal Justice Act counsel for

4   Defendant Subhash Jay ("Defendant" or "Mr. Jay") for the purpose of bringing this compassionate

5   release motion.  I make this Declaration from personal knowledge, and if called to testify, I could and

6   would testify competently thereto.

7      2.      I have been advised of the following information regarding Mr. Jay, which I believe to be

8   true to the best of my knowledge and is consistent with the information contained in his pre-sentence

9   report.

10              a.      Mr. Jay pled guilty on March 23, 2018, to one count of filing false tax returns

11   under 26 U.S.C. § 7206 and one count of operating an unlicensed money transmitting business under 18

12   U.S.C. § 1960.

13              b.      Mr. Jay is a citizen of the United Kingdom, has lived in the United States since

14   1990, and is a lawful permanent resident.

15      3.      Mr. Jay has informed me that he has no record of receiving a detainer from U.S.

16   Immigration and Customs Enforcement, and we cannot confirm the existence of such a detainer.

17      4.      Attached hereto as **Exhibit A** is a true and correct copy of the docket in *United States v.*

18   *Jay,* Case No. 3:17-cr-00176-CRB-1, as of May 30, 2020.

19      5.      Attached hereto as **Exhibit B** is a true and correct copy of ECF No. 40, Amended

20   Judgment, filed on September 18, 2018 in United States v. Jay, Case No. 3:17-cr-00176-CRB-1.

21      6.      Attached hereto as **Exhibit C** is a true and correct copy of Bureau of Prisons Inmate

22   Registry entry for Subhash Jay.

23      7.      Attached hereto as **Exhibit D** is a true and correct copy of the May 6, 2020 letter from me

24   to Warden Friend re: Mr. Jay's petition for compassionate release and immediate transfer to home

25   confinement.

26      8.      Attached hereto as **Exhibit E** is a true and correct copy of the May 11, 2020 letter from

27   me to Warden Friend re: Mr. Jay's follow-up to petition for compassionate release and immediate

28   transfer to home confinement.

DECLARATION OF BENJAMIN B. AU ISO DEFENDANT'S MOTION FOR A REDUCTION IN
SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)(1)(A)(I) / CASE NO. 3:17-CR-00176-CRB-1

1      9.      Attached hereto as **Exhibit F** is a true and correct copy of the May 11, 2020 letter from

2  Warden Friend re: Mr. Jay's compassionate release and reduction in sentence review.

3      10.      Attached hereto as **Exhibit G** is a true and correct copy of the Federal Bureau of Prisons

4  COVID-19 website, available at https://www.bop.gov/coronavirus/, last visited on June 4, 2020.

5      I declare under penalty of perjury under the laws of the United States of America that the

6  foregoing is to the best of my knowledge and belief true and correct.  Executed on June 5, 2020 in Los

7  Angeles, California.

8                                                          */s/ Benjamin B. Au*
                                                           BENJAMIN B. AU

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF BENJAMIN B. AU ISO DEFENDANT'S MOTION FOR A REDUCTION IN
SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)(1)(A)(I) / CASE NO. 3:17-CR-00176-CRB-1

1

**CERTIFICATE OF SERVICE**

2     I hereby certify that on June 5, 2020 the within document was filed with the Clerk of the Court

3  using CM/ECF which will send notification of such filing to the attorneys of record in this case.

4

5                                                                    */s/ Benjamin B. Au*
                                                                   BENJAMIN B. AU

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF BENJAMIN B. AU ISO DEFENDANT'S MOTION FOR A REDUCTION IN
SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)(1)(A)(I) / CASE NO. 3:17-CR-00176-CRB-1