# EXHIBIT C

| REG | Last Name | First Name | CR Number | Sentencing | Original Se | Release Date (As o | BOP Facili | BOP Addr | BOP Addr | BOP Addr | AGE | COJ | FACL | REG | FPD or CJA | ATTORNE | Current or Recent | CJA Attorn | CJA Atty for | Plea Agree | Original Charges | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24218-111 | JAY | SUBHASH | CR-17-0014 | 3348 | 30 | 1/27/2021 | Giles W. D | 805 NORT | POST, TX | 79356 | 61 | FCAN | DAL | SCR | Retained | Getz, Briar | N/A | Yes | | | 26:7206 Filing False Taxes | |